**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER REINSTATING APPEAL

Appellate case name:       Paul  Douglas Hanks v. Wendy  Roy  Hanks

Appellate case number:   01-20-00205-CV

Trial court case number:  89979-F

Trial court:                      461st District Court of Brazoria County

      This appeal was abated and remanded to the trial court for an evidentiary hearing and order finding the date that appellant first received actual notice of the default judgment entered against him on December 9, 2019, or acquired knowledge of the signing of the judgment. A supplemental clerk's record and reporter's record have been filed demonstrating that the hearing was held and the trial court issued an order finding that appellant "received actual notice or acquired knowledge on January 8, 2020 of the default judgment entered against him on December 9, 2019." Accordingly, we reinstate this appeal on the Court's active docket.

      It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                           Acting individually


Date:   ___August 12, 2021_____